**No. 58096.**—Geo. Wm. Rueff, Inc., et al. *v.* United States, protests 154363–K/13059, etc. (New Orleans).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiffs was sustained.

**No. 58097.**—Nouvette Trading *v.* United States, protests 209418–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of Abstract 57645, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 13, 1954

**No. 58098.**—Close & Stewart *v.* United States, protests 177327–K and 177328–K (Seattle).

Opinion by EKWALL, J.   The record showed that the entries were liquidated on April 16 and February 1, 1951, respectively, and that the protests were filed on August 28, 1951.   Since the protests were filed more than 60 days after liquidation, they were held untimely, and the motion to dismiss was granted.   (Section 514, Tariff Act of 1930.)

**No. 58099.**—Aero Sea Shipping Corporation *v.* United States, protests 219816–K and 219817–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification.   The protests were therefore overruled.